1  EMILY JOHNSON HENN (SBN 269482)
   ehenn@cov.com
2  COVINGTON & BURLING LLP
   3000 El Camino Real
3  5 Palo Alto Square, 10th Floor
   Palo Alto, CA 94306-2112
4  Telephone: + 1 (650) 632-4700
   Facsimile: + 1 (650) 632-4800
5
6  SIMON J. FRANKEL (SBN 171552)
   sfrankel@cov.com
   MATTHEW Q. VERDIN (SBN 306713)
7  mverdin@cov.com
   JENNA L. ZHANG (SBN 336105)
8  jzhang@cov.com
   COVINGTON & BURLING LLP
9  Salesforce Tower
   415 Mission Street, Suite 5400
10 San Francisco, CA 94105-2533
   Telephone: + 1 (415) 591-6000
11 Facsimile: + 1 (415) 591-6091

12 *Attorneys for Defendant Nike, Inc.*

13

14            UNITED STATES DISTRICT COURT

15          FOR THE EASTERN DISTRICT OF CALIFORNIA

16

17 LISA CASTRO, individually and on behalf          Civil Case No.: 2:21-cv-01808-MCE-JDP
   of all others similarly situated,
18                                                   **ORDER GRANTING JOINT STIPULATION
                                                     TO EXTEND DEFENDANT NIKE, INC.'S
19         Plaintiff,                                TIME TO RESPOND TO COMPLAINT AND
                                                     EXTEND OTHER CASE DEADLINES**
20         v.
                                                     Honorable Morrison C. England, Jr.
21 NIKE, INC.,

22         Defendant.

23

24

25

26

27

28

Pursuant to the parties' Joint Stipulation (ECF No. 11), and for good cause shown, the Court orders as follows:

1. Defendant's time to move to dismiss or otherwise respond to the Complaint shall be extended from December 6, 2021 to January 10, 2022.

2. Plaintiff shall file her opposition to defendant's motion to stay this action pending the Ninth Circuit's decision in *Johnson v. Blue Nile, Inc.*, No. 21-16378, or alternatively, to dismiss the Complaint by February 7, 2022.

3. Defendant shall file its reply in support of its motion by February 28, 2022.

4. A hearing on defendant's motion shall be noticed by defendant for March 10, 2022 at 2:00 p.m., or as soon thereafter as convenient for the Court.

5. The parties' deadline to meet and confer as required by Federal Rule of Civil Procedure 26(f) shall be extended to two weeks after the Court's ruling on defendant's motion.

6. The parties' deadline to object to the Initial Pretrial Scheduling Order shall be extended to four weeks after the Court's ruling on defendant's motion.

**IT IS SO ORDERED.**

Dated: November 18, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE