EMILY JOHNSON HENN (SBN 269482)
ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800

SIMON J. FRANKEL (SBN 171552)
sfrankel@cov.com
MATTHEW Q. VERDIN (SBN 306713)
mverdin@cov.com
JENNA L. ZHANG (SBN 336105)
jzhang@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091

*Attorneys for Defendant Nike, Inc.*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA CASTRO, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>NIKE, INC.,<br><br>     Defendant. | Civil Case No.: 2:21-cv-01808-MCE-JDP<br><br>**ORDER GRANTING JOINT STIPULATION TO FURTHER EXTEND DEFENDANT NIKE, INC.'S TIME TO RESPOND TO COMPLAINT**<br><br>Honorable Morrison C. England, Jr. |

Pursuant to stipulation, and for good cause shown, the Court orders as follows:

1.      Defendant's time to move to dismiss or otherwise respond to the Complaint shall be extended to February 24, 2022.

2.      Plaintiff shall file her opposition to defendant's motion to stay this action pending the Ninth Circuit's decision in *Johnson v. Blue Nile, Inc.*, No. 21-16378, or alternatively, to dismiss the Complaint by March 24, 2022.

3.      Defendant shall file its reply in support of its motion by April 7, 2022.

4.      A hearing on defendant's motion shall be noticed by defendant for April 21, 2022 at 2:00 p.m., or as soon thereafter as convenient for the Court.

**IT IS SO ORDERED.**

Dated:  December 20, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE